IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| SHAWN FRITTS AND KARLA FRITTS,<br><br>  Plaintiffs,<br><br>v.<br><br>SULTAN TRANS INC. AND ALISHER AMONOV<br><br>  Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO.<br>§   _____<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendants Sultan Trans Inc. and Alisher Amonov ("Defendants") file this Notice of Removal, hereby removing this action from the 236th Judicial District Court of Tarrant County, Texas to the United States District Court for the Northern District of Texas, Ft. Worth Division. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiffs Shawn Fritts and Karla Fritts ("Plaintiffs"), and Defendants and the amount in controversy exceeds $1,000,000.00 exclusive of interest and costs. Plaintiffs are Texas residents. Defendant Sultan Trans Inc. is an Indiana corporation and organized and incorporated under the laws of the state of Indiana. Defendant Alisher Amonov resides in Brooklyn, New York.

## I.
## INTRODUCTION

1. Plaintiffs filed their Original Petition on September 1, 2020 in the 236th Judicial District Court for Tarrant County, Texas, located at 100 N. Calhoun, Fort Worth, Texas 76196. Plaintiffs' Petition asserts several causes of action against Defendants arising out of an incident involving motor vehicle accident for which Plaintiff seeks recovery of compensatory damages greater than $1,000,000.

2. Plaintiffs served Alisher Amonov through service in New York, and Defendant Sultan Trans Inc. through the service upon its registered agent in Illinois. This Notice of Removal is being filed within thirty (30) days of service and is thus timely under 28 U.S.C. §1446(b).

## II.
## GROUNDS FOR REMOVAL

3. Federal diversity jurisdiction exists over this removed action pursuant to 28 U.S.C. § 1331 because all relevant parties are diverse and the amount in controversy exceeds $1,000,000.00, exclusive of interest and costs.

**A.   There Is Complete Diversity Among the Parties.**

4. Removal is proper because there is complete diversity between the parties. See 28 U.S.C. § 1332(a).

5. Plaintiffs are residents of Texas.

6. Defendant Sultan Trans. Inc. is not a Texas corporation, but is an Indiana corporation organized and incorporated under the laws of the state of Indiana. Consequently, Defendant Sultan Trans. Inc. is a citizen of the state of Indiana for purposes of diversity jurisdiction.

7. Defendant Mr. Alisher Amonov is not a resident of the State of Texas. Mr. Amonov is a resident of the State of New York.

**B.   The Amount In Controversy Exceeds $1,000,000.**

8. Plaintiff's Original Petition seeks a total amount greater than $1,000,000. The damages claimed exceed the $1,000,000 jurisdictional threshold. In this regard, the damages Plaintiff claims in her complaint, if apparently claimed in good faith, are controlling. *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938).

### III.
### VENUE

9. Venue for removal proper in this district and division under 28 U.S.C. § 1441(a) because this district and division embrace the Texas State District Courts of Dallas County, Texas, the forum in which the removed action was previously pending.

### IV.
### PROCEDURAL REQUIREMENTS

10. Pursuant to 28 U.S.C. §1446(a) and Northern District of Texas Local Rule LR 81.1, the Notice of Removal has the following attachments:

   Exhibit 1: An index of all documents that clearly identifies each document and indicates the date the document was filed in state court;

   Exhibit 2: The completed civil cover sheet

   Exhibit 3: The supplemental civil cover sheet and attached supplemental pages;

   Exhibit 4: The state court docket sheet;

   Exhibit 5: Each document filed in the state court action excluding discovery material;

11. Pursuant to 28 U.S.C.§ l446(d), written notices of filing of this Notice of Removal will be given to all adverse parties promptly after the filing of same.

12. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the District Clerk for the 68th Judicial District Court of Dallas County, Texas promptly after filing of same.

### V.
### CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendants Alisher Amonov and Sultan Trans Inc. respectfully request that the above-captioned action now pending in the 236th Judicial District Court of Tarrant County, Texas be removed to the United States District Court for the Northern District of Texas, Ft. Worth Division.

Respectfully Submitted,

REUBEN R. RIOS
State Bar No. 16935873
MEADERS & LANAGAN
ATTORNEYS AT LAW
2001 Bryan Street, Suite 3625
Dallas, TX  75201-3068
Telephone: (214) 721-6210
Facsimile: (214) 721-6289
Eservice: Efiling@meaderslaw.com

ATTORNEYS FOR DEFENDANTS
ALISHER AMONOV AND SULTAN TRANS INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7 December 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the CM/ECF system, which will send notification of such filing to the following and I have separately sent such notification to the below:

Claire Traver
State Bar No. 24115871
Arnold & Itkin, LLP
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Fax: (713) 222-3850
Email: ctraver@arnolditkin.com
       Eservice: e-service@arnolditkin.com

REUBEN R. RIOS